UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GREGORY L. BUXTON, et al., | Case No. 2:15-CV-1475 JCM (VCF) |
| Plaintiff(s), | ORDER |
| v. | |
| GREEN TREE SERVICING, LLC, | |
| Defendant(s). | |

Presently before the court is the matter of *Buxton, et al. v. Green Tree Servicing, LLC*, case number 2:15-cv-01475-JCM-VCF.

Plaintiffs Gregory Buxton and Tracie Buxton initiated suit in the Eighth Judicial District Court for Clark County, Nevada on June 22, 2015. (Doc. # 1-1 at 6). On July 13, 2015, plaintiffs served defendant Green Tree Servicing, LLC ("Green Tree") with a summons and complaint. On July 23, 2015, the plaintiffs filed motions for temporary restraining order and preliminary injunction in the Eighth Judicial District Court.

On July 31, 2015, the district court judge granted plaintiffs' motion for temporary restraining order and set a hearing regarding the motion for preliminary injunction for August 11, 2015. The district court judge ordered plaintiffs to post cash or a security bond with the Eighth Judicial District Court in the amount of $2,500.00.

Defendant removed the instant case on August 3, 2015. (Doc. # 1). Therefore, plaintiffs' motion for preliminary injunction is now pending before this court. This court will set a briefing schedule and a hearing regarding plaintiffs' motion for preliminary injunction.

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that a preliminary injunction **hearing be set for Thursday, August 13, 2015, at 1:30 PM** in courtroom 6A.

IT IS FURTHER ORDERED that **defendant shall have up to, and including, Friday, August 7, 2015, to file a response**.

IT IS FURTHER ORDERED that **plaintiff shall have up to and including Tuesday, August 11, 2015, to file a reply**.

DATED August 5, 2015.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -