Robin E. Perkins, Esq.
Nevada Bar No. 9891
Sarah A. Mead, Esq.
Nevada Bar No. 13725
Tanya N. Peters, Esq.
Nevada Bar No. 8855
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: rperkins@swlaw.com
smead@swlaw.com

*Attorneys for Defendant Green Tree Servicing LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GREGORY L. BUXTON, an individual, and TRACIE L. BUXTON, an individual, <br><br>Plaintiff, <br><br>vs. <br><br>GREEN TREE SERVICING LLC, a Foreign limited liability company; DOE INDIVIDUALS 1-10 and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | Case No. 2:15-cv-01475-JCM-VCF <br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs Gregory and Tracie Buxton, by and through their counsel of record, Gregory A. Miles of Royal & Miles, and Defendant Green Tree Servicing LLC (now known as Ditech Financial LLC) ("Green Tree"), by and through its counsel, the law firm of Snell & Wilmer L.L.P., that:

///

///

///

1. This action shall be dismissed with prejudice;

2. Any outstanding hearings and deadlines shall be vacated; and

3. The parties shall bear their own attorneys' fees and costs associated with this action.

DATED: September 21, 2015

**ROYAL & MILES L.L.P.**

/s/ Gregory A. Miles
GREGORY A. MILES, ESQ.
1522 W. Warm Springs Road
Henderson, Nevada 89014
*Attorney for Plaintiffs*
*Gregory and Tracie Buxton*
*(signed with permission)*

DATED: September 21, 2015

**SNELL & WILMER L.L.P.**

/s/ Tanya N. Peters
TANYA N. PETERS, ESQ.
3883 Howard Hughes Pkwy, Ste. 1100
Las Vegas, Nevada 89169
*Attorneys for Green Tree Servicing LLC*

**ORDER**

IT IS SO ORDERED.

DATED September 24, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

SNELL & WILMER L.L.P.

By: /s/ Tanya N. Peters
    Robin E. Perkins, Esq.
    Sarah A. Mead, Esq.
    Tanya N. Peters, Esq.
    3883 Howard Hughes Parkway, Suite 1100
    Las Vegas, NV 89169
    *Attorneys for Defendant Green Tree Servicing LLC*

**CERTIFICATE OF SERVICE**

I, the undersigned, declare under penalty of perjury, that I am over the age of eighteen (18) years, and I am not a party to, nor interested in, this action. On this date, I caused to be served a true and correct copy of the foregoing **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** by the method indicated:

| | |
|---|---|
| _____ | U. S. Mail |
| _____ | U.S. Certified Mail |
| _____ | Facsimile Transmission |
| _____ | Federal Express |
| __X__ | Electronic Service |
| _____ | E-mail |

and addressed to the following:

Gregory A. Miles, Esq.
Royal & Miles LLP
1522 W. Warm Springs Road
Henderson, Nevada 89014
Tel: 702.471.6777

DATED this 21st day of September, 2015.

                                        */s/ Debbie Withers*
                                        An employee of Snell & Wilmer L.L.P.

22545910.1